# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,
          Plaintiff,
    v.

MANUEL ESTEBAN RODRIGUEZ-ROMERO,
          Defendant.

**APPEARANCE**

Case Number: 08MJ8045

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MANUEL ESTEBAN RODRIGUEZ-ROMERO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/23/2008 | /s/ ROBERT R. HENSSLER |
| Date | Signature |
| | ROBERT HENSSLER / Federal Defenders o    216165 |
| | Print Name    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number    Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: January 23, 2008                    /s/ Robert R. Henssler
                                           ROBERT R. HENSSLER, JR.
                                           Federal Defenders of San Diego, Inc.
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
                                           e-mail: Robert_Henssler@fd.org