UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08mJ8045 |
| Plaintiff | ) | |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Manuel Esteban Rodriguez-Romero | ) | |
| | ) | Booking No. 881 536 |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Marvin Cuuil-Xiloj
05880-298
@ ICJ.

DATED: 2/5/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
               DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk