## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                          )
        Plaintiff                      )    CRIMINAL NO. _O8 mJ 2045_
                                          )
        vs.                            )    ORDER
                                          )
Manvel Esteban Rodriguez-Romero           )    RELEASING MATERIAL WITNESS
                                          )
        Defendant(s)                   )    Booking No. 881 537
_____   )

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Ruben Canil-Xiloj
03881-298.
@ 165

DATED: _2/5/08_

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _Silva Alvarez Romero_ .

Deputy Clerk